**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  ERICA M. WILLIAMS       &                      Case Number: 05-71448
1235 CLOVER AVENUE          SSN-xxx-xx-5971
ROCKFORD, IL  61102

Case filed on:    3/29/2005
Plan Confirmed on:  5/27/2005

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $1,312.50    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 750.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 750.00 | 0.00 |
| 014 | FISHER AND FISHER ATTORNEYS AT LAW PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | CHASE HOME FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ERICA M. WILLIAMS | 0.00 | 0.00 | 62.50 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 62.50 | 0.00 |
| 001 | CHASE HOME FINANCE LLC | 956.91 | 956.91 | 79.93 | 0.00 |
| 002 | CITIZENS FINANCE | 1,919.04 | 1,919.04 | 10.76 | 159.90 |
|  | Total Secured | 2,875.95 | 2,875.95 | 90.69 | 159.90 |
| 002 | CITIZENS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASSET ACCEPTANCE CORP | 1,047.04 | 1,047.04 | 0.00 | 0.00 |
| 005 | COTTONWOOD FINANCIAL LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDIT PROTECTION ASSOCIATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | IC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 639.88 | 639.88 | 0.00 | 0.00 |
| 011 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NEWPORT NEWS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ROCKFORD MERCANTILE AGENCY INC | 7,198.35 | 7,198.35 | 0.00 | 0.00 |
| 015 | ASSET ACCEPTANCE CORP | 448.76 | 448.76 | 0.00 | 0.00 |
| 016 | COMED CO | 1,101.03 | 1,101.03 | 0.00 | 0.00 |
|  | Total Unsecured | 10,435.06 | 10,435.06 | 0.00 | 0.00 |
|  | Grand Total: | 14,675.01 | 14,675.01 | 1,067.19 | 159.90 |

Total Paid Claimant:      $1,227.09
Trustee Allowance:         $85.41
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/01/2006          By  /s/Heather M. Fagan